

Our Ref: WAC/HLE

19th October 2010

Mr G. Heichelbech

Dear Mr. Heichelbech,

### Chief Executive Offer – North America

I am pleased to offer you employment with this company at an annual salary of $225,000 payable monthly in arrears, commencing on a date to be agreed.

Your salary will be reviewed on 1st July each year. This appointment is subject to the receipt of satisfactory references and a full medical examination.

Further to your base salary you are eligible for a KPI bonus scheme of up to $100,000, 50% of which is guaranteed in year 1. Please note that bonus is discretionary and is based on performance.

In addition, you will receive a $100,000 retention bonus, which will be paid as follows:

| | |
|---|---|
| Year 1 $25,000 | To be paid upon commencement of employment at Triumph Motorcycles, North America |
| Year 2 $0 | |
| Year 3 $20,000 | Subject to successful achievement of approved objectives |
| Year 4 $25,000 | |
| Year 5 $30,000 | |

There are no collective agreements governing this employment.

### Conditions of Service are as follows: -

**Trial period:** The satisfactory completion of a 6 month trial period. During the trial period, one month's notice in writing is required by either party.

**Annual Holidays:** 25 days to be taken at mutually agreed times.



| | |
|---|---|
| **Hours of Work:** | Standard hours to be confirmed. |
| | Additional hours may be required in line with business requirements. |
| **Pension:** | You are eligible to enter the 401 K Plan. The Company will match your contributions point for point up to a maximum of 5%. |
| **Notice:** | The Company will require 6 months notice in writing. The Company will commit to you 6 months notice in the case that your employment is terminated. |
| **Healthcare:** | The Company offers a full medical, dental and vision programme for all employees and their families. 100% of the premiums are paid for all employees, their spouses and children. |
| **Life Assurance:** | A life assurance benefit is paid for death in service at a rate of 2 x base salary. |
| **Company Car:** | A fully expensed lease car will be provided to include free fuel. |
| **Company Motorcycle:** | A fully expensed Company motorcycle will be provided. Reasonable private mileage will be paid |
| **Relocation:** | The Company will provide an allowance for up to 2 years to a maximum value of $1400 / month, for property rental support, plus up to $10,000 relocation support when your family move down to the Atlanta area. |
| **Travel:** | The Company will pay 50% of costs towards your return flights home to Milwaukee for up to 2 years. |
| **Retirement:** | In case employment is not terminated by any of the parties hereto, the present Agreement shall expire with no termination notice and no temporary salary payable, at the end of the month in which you reach the age of 65. |

May I take this opportunity of wishing you every success in your new appointment, and we hope your association with the company will be a long and happy one.



If you have any questions relating to the above, please do not hesitate to contact me.

Yours sincerely

*[signature]*

for **TONY CAMPBELL**
**H.R. Manager**

I confirm acceptance of the Company's Terms and Conditions.
Signed……………………………………….

Date ………………………………….