To: Paul Stroud, Director of Sales and Marketing

From: Greg Heichelbech

Date: 10-26-2010

Pages including cover: 3

RE: Employment Agreement and Physical Confirmation

Hi Paul,

As requested, you will find the signed offer letter and a note from my physician stating I passed the physical. If you require further medical information, I will notify my physician and ask he prepared a full report.

Thank you and speak with you soon,

Greg Heichelbech

*[signature]*

1

# TRIUMPH

Triumph Motorcycles Limited  Normandy Way  Hinckley  Leicestershire LE10 3BZ  United Kingdom
Telephone +44 (0)1455 251700  Facsimile +44 (0)1455 453005  Website www.triumph-motorcycles.com

If you have any questions relating to the above, please do not hesitate to contact me.

Yours sincerely

*[signature]*

**TONY CAMPBELL**
**H.R. Manager**

I confirm acceptance of the Company's Terms and Conditions.
Signed ........*[signature]*........
Date  10-24-10

Registered Office: Ashby Road, Measham DE12 7JP
Registered in England No 1735844
Vat Reg No 439 1936 10

**RUSSELL BLANKENBURG, M.D.**
17000 WEST NORTH AVENUE
BROOKFIELD, WI 53005

(262) 782-4270                LIC. # _____

NAME _Gregory Heichelbeck_____ AGE _____

ADDRESS _____ DATE _09/25/10_

TAMPER-RESISTANT FEATURES INCLUDE: SAFETY-BLUE
ERASE-RESISTANT BACKGROUND, "ILLEGAL" PANTOGRAPH,
QUANTITY CHECK-OFF BOXES AND REFILL INDICATOR

℞

Gregory had a complete physical on 10/25/10. He has no communicable diseases and is up to date on preventive Maintenance.

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
_____ Units

☐ Label

Refill NR 1 2 3 4 5

_R. Blankenburg_
(Signature)

9HIM0125720